157 A.3d 819

**PERCY–EDWARD, Jr.: PAIR**

v.

**STATE of Maryland**

**Pet. Docket No. 626, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2738, Sept. Term, 2015).

Petition for writ of certiorari denied

■

157 A.3d 819

**PIERCE, Stevie**

v.

**STATE of Maryland**

**Pet. Docket No. 10, Sept.Term, 2017**

Court of Appeals of Maryland.

April 21, 2017

Application for leave to appeal denied by the Court of Special Appeals (No. 2731, Sept. Term, 2015).

Petition for writ of certiorari dismissed